LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Telephone: (702) 804-0706
E-Mail:      *lfink@springelfink.com*

*Attorneys for Third-Party Defendant,*
*RESIDENTIAL FIRE PROTECTION*
*d/b/a ON GUARD FIRE PROTECTION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

|  |  |
|---|---|
| COUNTY MUTUAL INSURANCE COMPANY as successor to MIDDLESEX MUTUAL ASSURANCE COMPANY a/s/o WESTCORP MANAGEMENT GROUP ONE, INC. d/b/a CABRILLO APPARTMENTS,<br><br>                    Plaintiffs,<br><br>vs.<br><br>RESIDENTIAL FIRE PROTECTION d/b/a ON GUARD FIRE PROTECTION,<br><br>                    Defendant. | Case No.:  2:20-CV-00223-KJD-EJY<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

        TO: ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

        NOTICE IS HEREBY GIVEN that Cheryl C. Bradford, Esq. is no longer a counsel for the Defendant RESIDENTIAL FIRE PROTECTION d/b/a ON GUARD FIRE PROTECTION in the above-captioned matter. Pleases remove Ms. Bradford from your service list.

/ / /

/ / /

/ / /

1

Leonard T. Fink, Esq. of the law firm of Springel & Fink LLP will continue to serve as lead counsel for the Defendant RESIDENTIAL FIRE PROTECTION d/b/a ON GUARD FIRE PROTECTION in this matter.

DATED this 11th day of February, 2022

SPRINGEL & FINK LLP

*/s/ Leonard T. Fink*

By: _____
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada  89148
Attorneys for Defendant,
*DEFENDANT, RESIDENTIAL FIRE*
*PROTECTION d/b/a/ ON GUARD FIRE*
*PROTECTION*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  February 11, 2022

2