LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
**SPRINGEL & FINK LLP**
9075 West Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Telephone: (702) 804-0706
E-Mail:       *lfink@springelfink.com*

Attorneys for Defendant,
RESIDENTIAL FIRE PROTECTION d/b/a
ON GUARD FIRE PROTECTION

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
***

| | |
|---|---|
| COUNTY MUTUAL INSURANCE COMPANY ® as successor to MIDDLESEX MUTUAL ASSURANCE COMPANY a/s/o/ WESTCORP MANAGEMENT GROUP ONE, INC. d/b/a) CABRILLO APARTMENTS,<br><br>                    Plaintiff,<br><br>vs.<br><br>RESIDENTIAL FIRE PROTECTION d/b/a ON GUARD FIRE PROTECTION,<br><br>                    Defendant. | Case No.:   2:20-cv-00223-KJD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT RESIDENTIAL FIRE PROTECTION D/B/A ON GUARD FIRE PROTECTION, WITH PREJUDICE** |

<u>**STIPULATION AND ORDER TO DISMISS DEFENDANT RESIDENTIAL FIRE PROTECTION D/B/A ON GUARD FIRE PROTECTION, WITH PREJUDICE**</u>

Defendant RESIDENTIAL FIRE PROTECTION d/b/a ON GUARD FIRE PROTECTION, by and through its counsel of record, the law firm of Springel & Fink LLP, and Plaintiff COUNTY MUTUAL INSURANCE COMPANY ® as successor to MIDDLESEX MUTUAL ASSURANCE COMPANY a/s/o/ WESTCORP MANAGEMENT GROUP ONE, INC. d/b/a CABRILLO APARTMENTS, by and through its counsel of record, the law firm of DE LUCA LEVINE, hereby stipulate as follows:

/ / /

1     That the Complaint made by Plaintiff COUNTY MUTUAL INSURANCE COMPANY ® as successor to MIDDLESEX MUTUAL ASSURANCE COMPANY a/s/o/ WESTCORP MANAGEMENT GROUP ONE, INC. d/b/a CABRILLO APARTMENTS, as against Defendant RESIDENTIAL FIRE PROTECTION d/b/a ON GUARD FIRE PROTECTION, be dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

    **IT IS SO STIPULATED.**

DATED this 14th day of November, 2023.      DATED this 14th day of November, 2023.

SPRINGEL & FINK LLP      DE LUCA LEVINE

By:    */s/ Leonard T. Fink*      By:    */s/ Daniel J. de Luca (w/permission)*
    LEONARD T. FINK, ESQ.      DANIEL J. DE LUCA, ESQ.
    Nevada Bar No. 6296      BENJAMIN D. WHARTON, ESQ.
    9075 West Diablo Drive, Suite 302      Three Valley Square, Suite 220
    Las Vegas, Nevada 89148      Blue Bell, Pennsylvania 19422

    Attorneys for Defendant,      Attorney for Plaintiff COUNTY
    RESIDENTIAL FIRE PROTECTION      MUTUAL INSURANCE COMPANY
    d/b/a ON GUARD FIRE PROTECTION      ® as    successor to MIDDLESEX
         MUTUAL ASSURANCE COMPANY
         a/s/o/   WESTCORP MANAGEMENT
         GROUP ONE, INC. d/b/a CABRILLO
         APARTMENTS

**ORDER FOR DISMISSAL, WITH PREJUDICE**

Based upon the Stipulation of the parties, and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Complaint made by Plaintiff COUNTY MUTUAL INSURANCE COMPANY ® as successor to MIDDLESEX MUTUAL ASSURANCE COMPANY a/s/o/ WESTCORP MANAGEMENT GROUP ONE, INC. d/b/a CABRILLO APARTMENTS, as against Defendant RESIDENTIAL FIRE PROTECTION d/b/a ON GUARD FIRE PROTECTION, be dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

IT IS SO ORDERED this 14th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

SPRINGEL & FINK LLP


By:   /s/ Leonard T. Fink
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
9075 West Diablo Drive, Suite 302
Las Vegas, Nevada 89148

Attorneys for Defendant,
RESIDENTIAL FIRE PROTECTION
d/b/a ON GUARD FIRE PROTECTION

# CERTIFICATE OF MAILING

Pursuant to FRCP 5(b), on **November 14, 2023,** the foregoing document entitled: **STIPULATION AND ORDER TO DISMISS DEFENDANT RESIDENTIAL FIRE PROTECTION D/B/A ON GUARD FIRE PROTECTION, WITH PREJUDICE** was served via electronic service through the United States District Court for the District of Nevada's ECF system and pursuant to Rule 26(a)(1) on the following parties:

| | |
|---|---|
| *Tye S. Hanseen, Esq.* | *Daniel J. de Luca, Esq.* |
| ***MARQUIS AURBACH COFFING*** | ***DE LUCA LEVINE, LLC*** |
| *E-Mail: thanseen@maclaw.com* | *E-Mail: ddeluca@delucalevine.com* |
| *Local Counsel for Plaintiff* | *Attorney for Plaintiff - Pro Hac forthcoming* |

By:     */s/ Phaedra L. Calaway*
             Phaedra L. Calaway
             Employee of Springel & Fink LLP